**Order entered June 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

**MICHAEL A. RUFF, Appellant**

**V.**

**SUZANN RUFF, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

Before the Court is appellee Suzann Ruff's May 31, 2019 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **July 1, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE